# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 304 EAL 2014
:
                  Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.                  :
:
:
:
JOSHUA HENRY,            :
:
                  Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.